O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL JUAREZ,<br>Petitioner,<br>vs.<br>J. SOTO, Warden,<br>Respondent. | Case No. CV 13-1013-JVS (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the other records on file herein, including the Report and Recommendation of the United States Magistrate Judge and petitioner's objections thereto. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

[1] Petitioner's request for oral argument and an evidentiary hearing on the objections is denied because the Court has determined that neither oral argument nor an evidentiary hearing would be of material assistance to the Court's consideration of petitioner's objections.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 17, 2014

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE