JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN MANUEL JUAREZ, | ) | Case No. CV 13-1013-JVS (RNB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 17, 2014

*James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1